UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 2:96-CR-00075-PMP-LRL |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| ROY DEAN GRACE, | ) | |
| | ) | |
| Defendant. | ) | |

For the reasons set forth in the Government's Opposition to the Motion for Retroactive Application of Sentencing Guidelines under 18 U.S.C. §3582(c)(2), filed March 21, 2012 (Doc. #229),

**IT IS ORDERED** that the Motion for Retroactive Application of Sentencing Guidelines to Crack Cocaine Offense (Doc. #227) filed March 15, 2012, by Defendant Roy Dean Grace, is hereby **DENIED**.

DATED: April 9, 2012.

_____
PHILIP M. PRO
United States District Judge