AO 247 (Rev. 11/11) Order Regarding Motion/Stipulation for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| ROY DEAN GRACE | ) | Case No: 2:96-cr-00075-KJD-LRL |
| | ) | USM No: 31200-048 |

Date of Original Judgment: 10/31/1997
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

Nisha Brooks-Whittington
*Defendant's Attorney*

## ORDER REGARDING MOTION/STIPULATION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion/stipulation of ✓ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion/stipulation is:
✓ **DENIED.**    ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

*(Complete Parts I and II of Page 2 when motion is granted)*

The defendant is ineligible for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2), Amendment 782, and pursuant to U.S.S.G. § 1B1.10, effective November 1, 2014. The defendant was originally sentenced as a Career Offender, under Chapter Four of the Sentencing Guidelines, and in accord with the statutory requirements imposed subsequent to a filing of 21 U.S.C. § 851. He is, therefore, ineligible for any further sentencing reduction.

Except as otherwise provided, all provisions of the judgment dated 10/31/1997 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 12/28/2015

*[Judge's signature]*

Effective Date: 11/01/2015
*(if different from order date)*

KENT J. DAWSON, UNITED STATES DISTRICT JUDGE
*Printed name and title*

(Rev. for NVD 08/15)