UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>v.<br><br>ROY DEAN GRACE,<br><br>    Defendant. | Case No. 2:96-CR-00075-KJD-LRL<br><br>**ORDER** |

    Presently before the Court for consideration is Defendant's Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 (#244). The current motion filed by Defendant represents the fifth post conviction petition filed pursuant to 28 U.S.C. § 2255. Defendant has not received permission from the 9th Circuit Court of Appeals to file a successive petition pursuant to 28 U.S.C. §2255.

    Accordingly, **IT IS THEREFORE ORDERED** that Defendant Roy Grace's Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody pursuant to 28 U.S.C. § 2255 (#244) is **DENIED**.

    DATED this _20th_ day of September 2016.

                                                         Kent J. Dawson<br>                                                       United States District Judge