RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
SYLVIA A. IRVIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577

Sylvia_Irvin@fd.org

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROY DEAN GRACE,<br><br>Defendant. | Case No. 2:96-cr-00075-KJD-LRL<br><br>**STIPULATION TO CONTINUE TIME FOR FILING RESPONSIVE PLEADINGS**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between United States Attorney Nicholas A. Trutanich and Assistant United States Attorney Elizabeth O. White, counsel for the United States of America, and Federal Public Defender Rene L. Valladares and Assistant Federal Public Defender Sylvia A. Irvin, on behalf of Defendant Roy Dean Grace[1], that the Government's response that is due today should be continued for sixty days (60) days.

This Stipulation is entered into for the following reasons:

1. On April 12, 2019, Mr. Grace filed a "Motion for Imposition of Sentence Reduction" asking the Court to consider his eligibility for relief under the First Step Act. ECF No. 426.

2. The Government's Response to that Motion is due today.

---

[1] Along with this Stipulation, defense counsel has filed a Motion for Appointment of Counsel for the limited purpose of determining Mr. Grace's eligibility for relief under the First Step Act.

3. Both counsel ask the Court for additional time for responsive pleadings to be filed in this matter. The additional time will allow both counsel to review and determine Mr. Grace's eligibility for relief under the First Step Act.

4. Should counsel agree as to eligibility, then a Stipulation will filed as to eligibility and relief.

5. Should counsel not agree as to eligibility, then defense counsel will file a Memorandum in support of Mr. Grace's motion and government counsel will respond with her own Motion.

6. The parties agree to the continuance.

This is the first stipulation to continue the date for filing a responsive pleading.

DATED this 26th day of April, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| By */s/ Sylvia A. Irvin*<br>SYLVIA A. IRVIN<br>Assistant Federal Public Defender | By */s/ Elizabeth O. White*<br>ELIZABETH O. WHITE<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>ROY DEAN GRACE,<br><br>            Defendant. | Case No. 2:96-cr-00075-KJD-LRL<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the time for filing the responsive pleadings in this case, be extended from today, April 26, 2019, and continued to  June 25,        2019, or to a time and date convenient to the Court but no sooner than sixty (60) days from today.

　　　DATED this 29th day of April, 2019.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE