# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

            Plaintiff,

     v.

ROY DEAN GRACE,

           Defendant.

Case No. 2:96-cr-00075-KJD-LRL

**ORDER**

      IT IS THEREFORE ORDERED that the Stipulation to Extend Time (#254) is **GRANTED.** The time for defense counsel to file the responsive pleadings in this case be extended from June 25, 2019 to July 25, 2019.

DATED this 18TH day of July, 2019.

_____
KENT J. DAWSON
UNITED STATES DISTRICT JUDGE

3