# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:96-cr-75-KJD-LRL |
| Plaintiff, | |
| vs. | |
| ROY DEAN GRACE, | ORDER |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the government's response to the counselled motion be due on August 26, 2019; and that Mr. Grace be permitted to file any reply to that response on or before September 16, 2019.

DATED this <u>1st</u> of <u>August</u>, 2019.

_____
UNITED STATES DISTRICT JUDGE